**Dismiss; Opinion Filed January 26, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00048-CR

**ANGELA DAWN CLAMPITT, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81729-2014**

## MEMORANDUM OPINION

Before Justices Lang, Brown, and Whitehill
Opinion by Justice Lang

Angela Dawn Clampitt filed a notice of appeal on January 13, 2017. After reviewing the documents submitted with the notice of appeal, we conclude we lack jurisdiction and dismiss this appeal.

Appellant was originally charged with two counts of endangering a child involving her two children. *See State v. Clampitt*, No. 05-15-00901-CR, 2016 WL 3947943, *1 (Tex. App.—Dallas July 15, 2016, pet. ref'd) (mem.op., not designated for publication). The jury acquitted her in the case involving one child but convicted her in the case involving the other, and the trial court assessed punishment at two years in state jail suspended for four years. *Id*. Appellant then filed a motion for new trial alleging insufficiency of the evidence, which the trial court granted. *Id*. The State filed an appeal, alleging the trial court erred by granting a new trial on the grounds

of legal insufficiency. *Id.* On July 15, 2016, we issued our opinion, vacating the trial court's order and reinstating the judgment of conviction and sentence. *Id*. at \*7.

In August 2016, appellant filed a petition for discretionary review. After the Texas Court of Criminal Appeals refused her petition, we issued our mandate on December 13, 2016. Appellant then filed a notice of appeal, appealing "the judgment of conviction and sentence herein rendered" against her.

To invoke this Court's jurisdiction, a notice of appeal must be timely filed after conviction or the entry of an appealable order. *See* TEX. R. APP. P. 26.2(a); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.– Dallas 1998, no pet.). Here, appellant filed a notice of appeal after this Court issued its mandate in her direct appeal. Because there is no new conviction or appealable order, we lack jurisdiction over this appeal.

We dismiss this appeal for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
170048F.U05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANGELA DAWN CLAMPITT, Appellant

No. 05-17-00048-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-81729-2014.
Opinion delivered by Justice Lang, Justices Brown and Whitehill participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.


Judgment entered this 26th day of January, 2017.